UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM ROVINELLI and JENNIFER CARLOS, Individually and on Behalf of All Other Persons Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRANS WORLD ENTERTAINMENT CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 19-11304-DPW |

## ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with this Court's Memorandum and Order [ECF # 43] issued on February 2, 2021, it is hereby ORDERED the above-entitled action be, and hereby is, DISMISSED.

BY THE COURT,

*/s/ Barbara I. Beatty*

DATED: February 2, 2021        Deputy Clerk