# United States Court of Appeals
## For the First Circuit

No. 21-1160

ADAM ROVINELLI, individually and on behalf of all other persons similarly situated; JENNIFER CARLOS, individually and on behalf of all other persons similarly situated,

Plaintiffs - Appellants,

v.

TRANS WORLD ENTERTAINMENT CORPORATION,

Defendant - Appellee.

**JUDGMENT**

Entered: May 12, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Lee Scott Shalov
Mark J. Albano
Jason Giaimo
Angela M. Edwards
Christopher J. Marino
Neal H. Klausner
David S. Greenberg